Dismissed and Memorandum Opinion filed June 3, 2004









Dismissed and Memorandum Opinion filed June 3, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00584-CV

____________

 

YOUNGBLOOD & ASSOCIATES,
P.L.L.C. f/k/a YOUNGBLOOD & WHITE, P.L.L.C., Appellant

 

V.

 

ROBERT DUHON, JR., Appellee

 



 

On Appeal from the
County Court at Law No. 2

Harris County, Texas

Trial Court Cause
No. 730,410

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 17, 2003.

On June 1, 2004, the parties filed an agreed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 3, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.